

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00093-CV

| | | |
|---|---|---|
| John Kyle Kramer | § | From County Court at Law No. 3 of |
| | § | Tarrant County (2012-004629-3) |
| v. | § | August 14. 2014 |
| Weir SPM | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant John Kyle Kramer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
     Justice Bob McCoy